Sol Douglas, Respondent, *v.* Cornelius F. Collins, Appellant.

(Argued April 15, 1935; decided April 30, 1935.)

-558

*John C. McDermott, Albert J. Rifkind, Thomas T. Reilley* and *Philip Blumenthal* for appellant.

*Sol Douglas, Samuel Douglas* and *Coleman Charney* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. CRANE, Ch. J., LOUGHRAN and FINCH, JJ., concur on the ground that the motion should not have been entertained under rule 107, subdivision 9.